UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
IN RE: FOREST LABORATORIES, INC.      :
DERIVATIVE LITIGATION                           :
                                                                      :
                                                                      :
This Document Relates To:                        :      Lead Case No. 11 Civ. 4805 (LTS)
                                                                      :
ALL ACTIONS                                              :
                                                                      :
---------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the above consolidated action in its entirety with prejudice. The Supreme Court of the State of New York granted final approval of the settlement of the parallel state derivative litigation which encompassed the above consolidated action.

DATED:  January 9, 2013                **FEDERMAN & SHERWOOD**

/s/William B. Federman
WILLIAM B. FEDERMAN, WF9124
SARA E. COLLIER
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile:  (405) 239-2112

**THE WEISER LAW FIRM, P.C.**
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
JOSEPH M. PROFY
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone:  (610) 225-2677
Facsimile:  (610) 225-2678

*Co-Lead Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, I caused the foregoing Notice of Voluntary Dismissal to be served upon the parties below, by securely transmitting a true and correct copy thereof via Electronic Mail:

William Savitt
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
WDSavitt@wlrk.com

Counsel for Defendants

/s/William B. Federman
WILLIAM B. FEDERMAN